**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

```
PORFIRIO VELASQUEZ,           )   No. EDCV 07-631 (CW)
                              )
          Plaintiff,          )   JUDGMENT
                              )
     v.                       )
                              )
MICHAEL J. ASTRUE,            )
Commissioner, Social Security )
Adminstration,                )
                              )
          Defendant.          )
_____)
```

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.


DATED: March 11, 2008


                                                _____/s/_____
                                                  CARLA M. WOEHRLE
                                      United States Magistrate Judge